**Order entered October 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

**ALBERT LUTTERODT, Appellant**

**V.**

**EMILY LANE OWNERS ASSOCIATION, INC., ENVISION REALTY GROUP, LLC, AND JACKSON POTTER, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

We **GRANT** appellee Emily Lane Owners Association, Inc.'s October 20, 2015 opposed motion to extend time to file amended brief and **ORDER** the brief be filed no later than November 27, 2015.  No further extensions will be granted absent exigent circumstances.

/s/      CRAIG STODDART
           JUSTICE